UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re

BH S&B Holdings LLC, *et al*.,

                                            Debtors.
------------------------------------------------------------ x

Chapter 11

Case No. 08-14604 (MG)

Jointly Administered

## ORDER GRANTING FIRST INTERIM APPLICATION OF CBIZ ACCOUNTING, TAX AND ADVISORY OF NEW YORK, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the First Interim Application ("Application") of CBIZ Accounting, Tax and Advisory of New York, LLC ("CBIZ"), as Financial Advisors to the Official Committee of Unsecured Creditors ("Committee") for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2008 through March 31, 2009 (the "Application Period"); and a hearing having been held before this court to consider the Application on June 17, 2009; and notice having been given pursuant to Federal Rule of Bankruptcy Procedure 2002(c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

**ORDERED** that the Application is hereby granted as set forth herein; and it is further

**ORDERED** that the Debtors are authorized and directed to pay to CBIZ $435,528.45[1] in compensation for actual and necessary services rendered by CBIZ as Financial Advisors to the Committee during the Application Period; and it is further

**ORDERED** that the Debtors are authorized and directed to pay CBIZ $967.11 in reimbursement of actual and necessary expenses incurred by Arent Fox during the Application Period; and it is further

---

[1] This amount corrects an incorrect billing rate contained in the January 2009 monthly fee statement, and it also reflects a reduction of $3,600.00 in fees, pursuant to discussions with the United States Trustee. The attached Schedule A(1) contains a detailed breakdown of the amounts requested.

NYC/437691.1

**ORDERED** that the Debtors shall immediately pay CBIZ the "hold back"[2] amount of $43,552.84 related to the approved fees and expenses covered in the Application not previously paid in accordance with the Interim Compensation Order (as defined in the Application); and it is further

**ORDERED** that the terms and conditions of this Order shall be immediately enforceable and effective upon its entry; and it is further

**ORDERED** that CBIZ is authorized and empowered to take any necessary actions to implement and effectuate the terms of this Order; and it is further

**ORDERED** that this Court shall retain jurisdiction over all matters arising from or related to the interpretation of this Order.

Dated: New York, New York
      June 19, 2009

                                              /s/ Martin Glenn
                                              United States Bankruptcy Judge

---

[2] The attached Schedule A(2) contains a detailed breakdown of the holdback amount.

NYC/437691.1

CASE NUMBER: 08-14604 (MG)
CASE NAME: BH S&B Holdings LLC, *et al*.

**CURRENT FEE PERIOD: <u>DECEMBER 1, 2008 to MARCH 31, 2009</u>**

| Applicant | Date/ Document Number of Application | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| CBIZ Accounting, Tax and Advisory of New York, LLC<br><br>Financial Advisors to the Official Committee of Unsecured Creditors | 05/22/09<br><br>Doc. No. 432 | $435,528.45[3] | $435,528.45 | $967.11 | $967.11 |
| Total | | $435,528.45 | $435,528.45 | $967.11 | $967.11 |

SCHEDULE A(1)　　　　DATED: June <u>19</u>, 2009　　　　INITIALS: MG　USBJ

---

[3] This amount corrects an incorrect billing rate contained in the January 2009 monthly fee statement, and it also reflects a reduction of $3,600.00 in fees, pursuant to discussions with the United States Trustee.

NYC/437691.1

CASE NUMBER: 08-14604 (MG)
CASE NAME: BH S&B Holdings LLC, *et al*.

**SUMMARY OF FEES**

|  | 12/01/08 - 12/31/08 | 01/01/09 - 01/31/09 | 02/01/09 - 02/28/09 | 03/01/09 - 03/31/09 | TOTALS |
|---|---|---|---|---|---|
| TOTAL AMOUNT OF COMPENSATION | $82,891.00 | $70,393.40[4] | $169,298.40 | $116,545.65 | $435,528.45[5] |
| LESS 10% HOLDBACK | $8,289.10 | $7,039.34 | $16,929.84 | $11,654.57 | $43,552.84 |
| 90% ALLOWED | $74,601.90 | $63,354.06 | $152,368.56 | $104,891.09 | $391,975.60 |
|  |  |  |  |  |  |
| 100% EXPENSES | $135.50 | $127.40 | $0.00 | $704.21 | **$967.11** |

SCHEDULE A(2)  DATED: June 19, 2009  INITIALS: MG  USBJ

---

[4] This amount corrects an incorrect billing rate contained in the January 2009 monthly fee statement. The January monthly fee statement inadvertently sought total compensation in the amount of $68,917.40. The correct amount is $70,393.40.

[5] This amount reflects a reduction of $3,600.00 in fees, pursuant to discussions with the United States Trustee.

NYC/437691.1