```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                        :
In re:                                                  :    Chapter 11
                                                        :
BH S&B HOLDINGS LLC, et al.,                            :    Case No.: 08-14604 (MG)
                                                        :
                     Debtors.                           :    Jointly Administered
                                                        :
------------------------------------------------------------------------ X
```

**ORDER GRANTING DEBTORS' AND COMMITTEE'S JOINT
<u>THIRD OMNIBUS OBJECTION TO ADMINISTRATIVE CLAIMS</u>
(Satisfied or Released Administrative Claims)**

Upon the joint third omnibus objection (the "Objection")[1] of the Debtors and the Committee to the administrative claims set forth in Exhibit A to the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having found that good and sufficient cause exists for granting the Objection to the extent set forth herein; and upon the record of these Chapter 11 cases and the hearing held on October 1, 2009, to consider the Objection; and it appearing that either the obligation relating to each Proof of Claim listed on Exhibit A hereto has been settled or such Proof of Claim has otherwise been released during these cases, in each case in accordance with the Bankruptcy Code, applicable rules, or Court order; and it appearing that the relief granted herein is appropriate in the context of these cases and in the best interests of the Debtors and their respective estates, their creditors, and all other parties-in-interest; and it appearing that notice of the Objection was adequate and proper under the

---

[1] Capitalized terms used but not defined herein shall have the meaning set forth in the Objection.

circumstances of these cases, and it appearing that no other or further notice need be given; it is hereby

ORDERED that the Settled or Released Claims listed on Exhibit A hereto are hereby disallowed and expunged; and it is further

ORDERED that a further hearing to consider the relief requested in the Objection as it relates to administrative claim numbers 243, 321, and 565 will be held on November 3, 2009 at 2:00 PM; and it is further

ORDERED that nothing in the Objection or this Order shall be construed as a waiver of the Debtors' or the Committee's right to object to the Settled or Released Claims on other grounds or to amend the Objection; and it is further

ORDERED that the Debtors and the Committee are authorized to take all actions necessary to effectuate the terms of this Order; and it is further

ORDERED that the terms and conditions of this Order shall be immediately enforceable and effective upon its entry; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
      October 9, 2009

                                            /s/ Martin Glenn_____
                                            UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

## Satisfied or Released Claims[1]

| Claimant Name | Claim No. | Date Filed | Reason for Disallowance | Mailing Address | Admin Claim Amount | Settlement Amount | Asserted Nature | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| City of Colorado Springs | 578 | 3/25/2009 | Settled | City of Colorado Springs - Sales Tax<br>c/o City Attorney<br>PO Box 1575, Mail Code 510<br>30 S. Nevada, Suite 501<br>Colorado Springs, CO 80901-1575 | $5,769.07 | $5,769.07 | Administrative Priority | BH S&B Holdings LLC |
| Dayton Power & Light | 287 | 3/02/2009 | Settled | Dayton Power & Light<br>PO Box 740598<br>Cincinnati, OH 45274-0598 | $3,236.75 | $3,236.75 | Administrative Priority | BH S&B Holdings LLC |
| Empire HealthChoice Assurance, Inc. dba Empire Blue Cross Blue Shield | 404 | 3/12/2009 | Settled | Attn: Joseph T. Moldovan<br>Morrison Cohen LLP<br>909 Third Ave.<br>New York, NY 10022 | $84,106.42 | $60,000.00 | Administrative Priority | BH S&B Holdings LLC |

---

[1] The grounds to objecting to each satisfied or released claim can be found on pages 2-4 of the underlying objection.

| Claimant Name | Claim No. | Date Filed | Reason for Disallowance | Mailing Address | Admin Claim Amount | Settlement Amount | Asserted Nature | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| Genessee Valley Partners, LP | 563 | 3/30/2009 | Settled | Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178<br>Attn: James S. Carr, Esq.<br>   Robert L. LaHane, Esq.<br>and<br>Genessee Valley Partners, LP<br>c/o Gregory Greenfield & Associates, Ltd.<br>124 Johnson Ferry Road, NE<br>Atlanta, GA 30328<br>Attn: Melissa de Quesada | $99,116.06 | $3,937.79 | Administrative Priority | BH S&B Holdings LLC |
| The Hutensky Group agent for HRI/Glenbrook Commons, LLC t/a Glenbrook Commons, Fort Wayne, IN | 96 | 2/05/2009 | Settled | The Hutensky Group agent for HRI/Glenbrook Commons, LLC t/a Glenbrook Commons<br>Fort Wayne, IN<br>c/o Jeffrey Meyers, Esq.<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103 | $30,094.83 | $12,951.48 | Administrative Priority | BH S&B Holdings LLC |
| Knoxville Utilities Board | 310 | 2/26/2009 | Settled | Knoxville Utilities Board<br>PO Box 59017<br>Knoxville, TN 37950-9017 | $7,048.16 | $7,048.16 | Administrative Priority | BH S&B Holdings LLC |
| Long Island Lighting Company dba LIPA | 620 | 3/30/2009 | Settled | Elisa M. Pugliese, Esq.<br>175 E. Old Country Road<br>Hicksville, NY 11801 | $31,213.78 | $31,213.78 | Administrative Priority | BH S&B Holdings LLC |
| MidAmerican Energy | 227 | 2/27/2009 | Settled | MidAmerican Energy Co.<br>PO Box 4350 Credit<br>Davenport, IA 52808-4350 | $10,107.95 | $10,107.95 | Administrative Priority | BH S&B Retail LLC |

| Claimant Name | Claim No. | Date Filed | Reason for Disallowance | Mailing Address | Admin Claim Amount | Settlement Amount | Asserted Nature | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| MidAmerican Energy | 278 | 2/27/2009 | Settled | MidAmerican Energy Co. PO Box 4350 Credit Davenport, IA 52808-4350 | $2,856.38 | $2,856.38 | Administrative Priority | BH S&B Retail LLC |
| MMP Crossroads, LLC, as successor in interest to Macerich SCG, LP | 429 | 3/10/2009 | Settled | MMP Crossroads, LLC Attn: Stephen A. Sherman 117 Park Ave., Suite 4th Fl. Oklahoma City, OK 73102 | $113,357.27 | $25,166.24 | Administrative Priority | BH S&B Retail LLC |
| Nebraska Department of Revenue | 411 | 3/23/2009 | Settled | Nebraska Department of Revenue PO Box 94818 Lincoln, NE 68509-4818 | $2,743.91 | $2,743.91 | Administrative Priority | BH S&B Retail LLC |
| New Edge Networks 125 | 377 | 3/18/2009 | Settled | New Edge Networks 125 3000 Columbia House Blvd., #106 Vancouver, WA 98661 | $1,100.29 | $1,100.29 | Administrative Priority | BH S&B Holdings LLC |
| Orange and Rockland Utilities Inc. | 357 | 3/13/2009 | Settled | Orange and Rockland Utilities Inc. PO Box 1005 Spring Valley, NY 10977 | $14,543.59 | $14,543.59 | Administrative Priority | BH S&B Holdings LLC |
| Piedmont Natural Gas Company | 575 | 3/30/2009 | Settled | Piedmont Natural Gas Company 4339 S. Tryon Street Attn: CBO/Bankruptcy Charlotte, NC 28217-1733 | $7,581.80 | $7,581.80 | Administrative Priority | BH S&B Holdings LLC |
| PSE&G | 582 | 3/30/2009 | Settled | PSE&G PO Box 490 Cranford, NJ 07016 Attn: Bankruptcy Dept. | $18,874.54 | $18,874.54 | Administrative Priority | BH S&B Holdings LLC |
| UGI Penn Natural Gas | 486 | 3/27/2009 | Settled | UGI Penn Natural Gas One UGI Center Wilkes Barr, PA 18711 Attn: Patricia Sterner | $7,147.11 | $7,147.11 | Administrative Priority | BH S&B Holdings LLC |

| Claimant Name | Claim No. | Date Filed | Reason for Disallowance | Mailing Address | Admin Claim Amount | Settlement Amount | Asserted Nature | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| Vornado 692 Broadway II LLC | 461 | 3/26/2009 | Settled | Vornado 692 Broadway II LLC<br>Attn: Chief Financial Officer<br>210 Route 4<br>East Paramus, NJ 07652 | $197,237.01 | $60,000.00 | Administrative Priority | BH S&B Retail LLC |