Schuyler G. Carroll
Robert M. Hirsh
Heike M. Vogel
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Counsel for the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| BH S&B Holdings LLC, *et al.*, | Case No. 08-14604 (MG) |
| Debtors. | Jointly Administered |

---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF NEW YORK | ) |

NOVA A. CONSTANTINO, being sworn, deposes and says:

1.     Deponent is not a party to this action, is over eighteen years of age, and is an employee of Arent Fox LLP, 1675 Broadway, New York, New York 10019.

2.     On October 28, 2009, I served the (i) *Second Interim Application of Arent Fox LLP for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period of May 1, 2009 through July 31, 2009,* (ii) *Second Interim Application of CBIZ Accounting, Tax and Advisory of New York, LLC for Compensation and Reimbursement of Expenses as Accountants and Financial Advisors to the Official Committee of Unsecured Creditors for the Period of April 1, 2009 through September 30, 2009, and (iii) Notice of Hearing* upon the parties on the attached service list by depositing true copies thereof, enclosed in a postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the city and state of New York.

_/s/ Nova A. Constantino_
Nova A. Constantino

Sworn to before me this
28th day of October, 2009.

_/s/ Miriam Lyle McKibben_
Notary Public, State of New York
No. 31-4873251
Qualified in Queens County
Commission Expires 10/6/2010

## <u>SERVICE LIST</u>

BH S&B Holdings LLC
Attn: Adam I. Mandelbaum, Esq.
12 Harbor Park Drive,
Port Washington, New York 11050

RAS Management Advisors, LLC
Attn: Mr. Timothy D. Boates
1285 Sharps Cove Road
Gurley, Alabama 35748

Office of the United States Trustee
Attn: Paul K. Schwartzberg
33 Whitehall Street, 21st Floor
New York, New York 10004

Cahill Gordon & Reindel LLP
Attn: Joel H. Levitin, Esq.
Richard A. Stieglitz Jr., Esq.
Eighty Pine Street
New York, New York 10005

Klee, Tuchin, Bogdanoff & Stern
Attn: Michael L. Tuchin, Esq.
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067