UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
: 
In re: : Chapter 11
:
BH S&B HOLDINGS LLC, et al., : Case No.: 08-14604 (MG)
:
Debtors. : Jointly Administered
:
------------------------------------------------------------------------ X

## SECOND ORDER GRANTING DEBTORS' AND COMMITTEE'S JOINT FIRST OMNIBUS OBJECTION TO ADMINISTRATIVE CLAIMS
### (Duplicate or Superseded Administrative Claims)

Upon the joint first omnibus objection (the "Objection")[1] of the Debtors and the Committee to the administrative claims set forth in Exhibit A to the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having found that good and sufficient cause exists for granting the Objection to the extent set forth herein; and upon the record of these Chapter 11 cases and the hearings held on October 1, 2009 and November 3, 2009, to consider the Objection; and the Court having entered the first Order Granting Debtors' and Committee's Joint First Omnibus Objection to Administrative Claims on October 9, 2009; and it appearing that the Duplicate Claims listed on Exhibit A hereto were either filed against the same debtors, for the same dollar amount, and on account of the same obligation as the corresponding surviving claims or were filed against different debtors but are otherwise identical; and it appearing that the Superseded Claims listed on Exhibit A hereto have either

---

[1] Capitalized terms used but not defined herein shall have the meaning set forth in the Objection.

been amended or superseded by their respective surviving claims; and it appearing that the relief granted herein is appropriate in the context of these cases and in the best interests of the Debtors and their respective estates, their creditors, and all other parties-in-interest; and it appearing that notice of the Objection was adequate and proper under the circumstances of these cases, and it appearing that no other or further notice need be given; it is hereby

ORDERED that the Duplicate Claims and the Superseded Claims listed on Exhibit A hereto are hereby disallowed and expunged; and it is further

ORDERED that a further hearing to consider the relief requested in the Objection as it relates to administrative claim numbers 518 through 524 will be held on December 16, 2009 at 10:00 AM; and it is further

ORDERED that nothing in the Objection or this Order shall be construed as a waiver of the Debtors' or the Committee's right to object to any surviving claims on other grounds or to amend the Objection; and it is further

ORDERED that the Debtors and the Committee are authorized to take all actions necessary to effectuate the terms of this Order; and it is further

ORDERED that the terms and conditions of this Order shall be immediately enforceable and effective upon its entry; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
November 16, 2009

/s/ Martin Glenn_____
UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

## Duplicate Claims[1] or Superseded Claims[2]

| Claimant Name | Claim No. | Date Filed | Reason for Disallowance | Surviving Claim No. | Mailing Address | Admin Claim Amount | Asserted Nature | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| Bexar County, TX | 149 | 1/28/2009 | Duplicate Claim | 54 | David G. Aelvoet<br>Linebarger Goggan Blair & Sampson LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | $37,085.02 | Administrative Priority | BH S&B Holdings LLC |
| Evergreen I Associates LLC | 398 | 3/16/2009 | Superseded Claim | 376 | John P. Newman, Esq.<br>Newman & Simpson, LLP<br>32 Mercer St.<br>Hackensack, NJ 07601 | $17,774.91 | Administrative Priority | BH S&B Holdings LLC |
| Fort Bend County, TX | 146 | 1/26/2009 | Duplicate Claim | 30 | John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP PO Box 3064<br>Houston, TX 77253-3064 | $2,079.00 | Administrative Priority | BH S&B Holdings LLC |
| Fort Bend County, TX | 204 | 1/21/2009 | Duplicate Claim | 30 | John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP PO Box 3064<br>Houston, TX 77253-3064 | $2,079.00 | Administrative Priority | BH S&B Holdings LLC |

---

[1] The grounds to objecting to each duplicate claim can be found on pages 2-4 of the Objection.

[2] The grounds to objecting to each superseded claim can be found on pages 2-4 of the Objection.

| Claimant Name | Claim No. | Date Filed | Reason for Disallowance | Surviving Claim No. | Mailing Address | Admin Claim Amount | Asserted Nature | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| Harris County, TX, et al. | 205 | 1/21/2009 | Duplicate Claim | 31 | John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP PO Box 3064<br>Houston, TX 77253-3064 | $29,978.52 | Administrative Priority | BH S&B Holdings LLC |
| Harris County, TX, et al. | 209 | 1/26/2009 | Duplicate Claim | 31 | John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP PO Box 3064<br>Houston, TX 77253-3064 | $29,978.52 | Administrative Priority | BH S&B Holdings LLC |
| Katy ISD | 207 | 1/21/2009 | Duplicate Claim | 29 | John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP PO Box 3064<br>Houston, TX 77253-3064 | $6,350.66 | Administrative Priority | BH S&B Holdings LLC |
| Katy ISD | 208 | 1/26/2009 | Duplicate Claim | 29 | John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP PO Box 3064<br>Houston, TX 77253-3064 | $6,350.66 | Administrative Priority | BH S&B Holdings LLC |
| Kawasaki Kisen Kaisha Ltd. and "K" Line America, Inc. | 500 | 3/26/2009 | Duplicate Claim | 474 | Daniel K. Astin, Esq.<br>Ciardi Ciardi & Astin<br>919 N. Market St., Suite 700<br>Wilmington, DE 19801 | $19,650.00 | Administrative Priority | Fashion Plate Licensing LLC |
| Macerich Valley View Limited Partnership | 402 | 3/12/2009 | Superseded Claim | 355 | Dustin Branch<br>2029 Century Park East, 25th Floor<br>Los Angeles, CA 90067 | $28,324.24 | Administrative Priority | BH S&B Holdings LLC |
| State Tax Assessor for the Maine Bureau of Revenue Services | 647 | 4/14/2009 | Duplicate Claim | 646 | Stanley D Campbell, Deputy Director<br>Compliance Division, Bureau of Revenue Services<br>24 State House Station<br>Augusta, ME 04333-0024 | $689.82 | Administrative Priority | BH S&B Holdings LLC |

| Claimant Name | Claim No. | Date Filed | Reason for Disallowance | Surviving Claim No. | Mailing Address | Admin Claim Amount | Asserted Nature | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| SDG Macerich Properties, L.P. | 399 | 3/13/2009 | Superseded Claim | 356 | Dustin Branch<br>2029 Century Park East, 25th Floor<br>Los Angeles, CA 90067 | $31,145.87 | Administrative Priority | BH S&B Holdings LLC |
| Commissioner of Revenue of the State of Tennessee | 156 | 2/2/2009 | Superseded Claim | 185 | Wilber E. Hooks, Director<br>Tax Enforcement Division<br>Tennessee Department of Revenue<br>P.O. Box 20207<br>Nashville, TN 37202 | $5,163.90 | Administrative Priority | BH S&B Retail LLC |