UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

In re                                                       Chapter 11

BH S&B Holdings LLC, *et al.*,                              Case No. 08-14604 (MG)

                          Debtors.                Jointly Administered
------------------------------------------------------------ x

**ORDER GRANTING SECOND INTERIM APPLICATION
OF CBIZ ACCOUNTING, TAX AND ADVISORY OF NEW YORK, LLC FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Second Interim Application ("Application") of CBIZ Accounting, Tax and Advisory of New York, LLC ("CBIZ"), as Financial Advisors to the Official Committee of Unsecured Creditors ("Committee") for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2009 through September 30, 2009 (the "Application Period"); and a hearing having been held before this court to consider the Application on November 23, 2009; and notice having been given pursuant to Federal Rule of Bankruptcy Procedure 2002(c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

**ORDERED** that the Application is hereby granted as set forth herein; and it is further

**ORDERED** that the Debtors are authorized and directed to pay to CBIZ $62,110.62[1] in compensation for actual and necessary services rendered by CBIZ as financial advisors to the Committee during the Application Period; and it is further

**ORDERED** that the Debtors are authorized and directed to pay CBIZ $652.14[2] in reimbursement of actual and necessary expenses incurred by CBIZ during the Application Period; and it is further

---

[1] This amount has been adjusted to reflect a 10% holdback pursuant to discussions with the United States Trustee, with the balance of the 10% holdback to be considered upon application and hearing on a final basis. The attached Schedule A(1) contains a detailed breakdown of the amounts requested.

NYC/453126.1

**ORDERED** that the Debtors shall immediately pay CBIZ the "hold back"[3] amount of $6,901.18 related to the approved fees and expenses covered in the Application not previously paid in accordance with the Interim Compensation Order (as defined in the Application); and it is further

**ORDERED** that the terms and conditions of this Order shall be immediately enforceable and effective upon its entry; and it is further

**ORDERED** that CBIZ is authorized and empowered to take any necessary actions to implement and effectuate the terms of this Order; and it is further

**ORDERED** that this Court shall retain jurisdiction over all matters arising from or related to the interpretation of this Order.

Dated: December 22, 2009
      New York, New York

                                                      **/s/Martin Glenn**
                                                 UNITED STATES BANKRUPTCY JUDGE

---

[2] This amount includes a voluntary reduction in expenses of $72.00.
[3] The attached Schedule A(2) contains a detailed breakdown of the holdback amount.

NYC/453126.1

CASE NUMBER: 08-14604 (MG)
CASE NAME: BH S&B Holdings LLC, *et al*.

**CURRENT FEE PERIOD: APRIL 1, 2009 to SEPTEMBER 30, 2009**

| Applicant | Date/ Document Number of Application | Fees Requested | Fees Awarded | Expenses Requested | | Expenses Awarded |
|---|---|---|---|---|---|---|
| CBIZ Accounting, Tax and Advisory of New York, LLC<br><br>Financial Advisors to the Official Committee of Unsecured Creditors | 10/28/09<br>Doc. No. 561 | $69,011.80 | $69,011.80 | $724.14 | | $652.14 |
| Less 10% holdback | | -$6,901.18 | | Less voluntary reduction | -$72.00 | |
| Total | | $62,110.62[4] | $62,110.62 | $652.14 | | $652.14 |

SCHEDULE A(1)　　DATED: December 22, 2009　　INITIALS: MG USBJ

---

[4] This amount has been adjusted to reflect a 10% holdback pursuant to discussions with the United States Trustee, with the balance of the 10% holdback to be considered upon application and hearing on a final basis.

NYC/453126.1

CASE NUMBER: 08-14604 (MG)
CASE NAME: BH S&B Holdings LLC, *et al*.

## SUMMARY OF FEES

|  | 04/01/09 - 04/30/09 | 05/01/09 - 05/31/09 | 06/01/09 - 06/30/09 | 07/01/09 - 07/31/09 | 08/01/09 - 08/31/09 | 09/01/09 - 09/30/09 | TOTALS |
|---|---|---|---|---|---|---|---|
| TOTAL AMOUNT OF COMPENSATION | $30,187.80 | $8,629.40 | $5,281.10 | $4,924.30 | $15,033.20 | $4,956.00 | $69,011.80 |
| LESS 20% HOLDBACK | $6,037.56 | $1,725.88 | $1,056.22 | $984.86 | $3,006.64 | $991.20 | $13,802.36 |
| 80% ALLOWED | $24,150.24 | $6,903.52 | $4,224.88 | $3,939.44 | $12,026.56 | $3,964.80 | $55,209.44 |
| 100% EXPENSES | $532.14 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $652.14[5] |

|  |  |
|---|---|
| 20% Holdback: | $13,802.36 |
| Less 10% holdback | -$6,901.18 |
| **Total Holdback Fees to be paid to CBIZ** | **$6,901.18** |

SCHEDULE A(2)    DATED: December 22, 2009    INITIALS: MG  USBJ

---

[5] This amount includes a voluntary reduction in expenses of $72.00.

NYC/453126.1