# EXHIBIT B

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew I. Silfen | Partner since 2003. Member of NJ bar since 1986. Member of NY bar since 1987. | 0.60 | $750 | $450.00 |
| Schuyler Carroll | Partner since 2003. Member of NY bar since 1993. | 12.30 | $670 | $8,241.00 |
| James M. Sullivan | Joined firm as a partner in 2009. Member of NJ bar since 1995. Member of NY bar since 1996. Member of DC bar since 1998. | 8.30 | $640 | $5,312.00 |
| Timothy F. Brown | Partner since 1998. Member of DC bar since 1982. | 100.90 | $630 | $63,567.00 |
| Robert Hirsh | Partner since 2005. Member of NY and NJ bars since 1998. | 81.40 | $600 | $48,840.00 |
| Deanne M. Ottaviano | Partner since 2001. Member of NJ bar since 1992. Member of DC, MD and NY bars since 1993. | 3.30 | $550 | $1,831.50 |
| Heike M. Vogel | Joined firm as an associate in 2005. Member of NJ bar since 2000. Member of NY bar since 2001. | 148.40 | $500 | $74,200.00 |
| Jeffrey Vanacore | Joined firm as an associate in 2003. Member of CO bar since 2001. Member of NY and NJ bars since 2003. | 99.30 | $500 | $49,650.00 |
| Sonya D. Johnson | | 3.10 | $485 | $1,503.50 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hours | Rate | Amount |
|---|---|---|---|---|
| George Angelich | Joined firm as an associate in 2003. Member of PA bar since 2000. Member of DC bar since 2003. Member of NY bar since 2005. | 0.30 | $480 | $144.00 |
| Adrienne W. Blankley | Joined firm as an associate in 2005. Member of NY bar since 2005. | 0.40 | $420 | $168.00 |
| Ralph Brabham | Joined firm as an associate in 2005. Member of NC bar since 2004. Member of DC bar since 2006. | 23.10 | $420 | $9,702.00 |
| Nicholas Pavlidis | Joined firm as an associate in 2004. Member of NY bar since 2005. | 17.80 | $410 | $7,298.00 |
| Ronni N. Arnold | Joined firm as an associate in 2009. Member of NY bar since 2007. | 12.60 | $385 | $4,851.00 |
| David J. Kozlowski | Joined firm as an associate in 2008. Member of NY bar since 2007. | 67.40 | $380 | $25,612.00 |
| Mark Denicore | Staff Attorney. Member of DC bar since 1998. | 16.60 | $445 | $7,387.00 |
| Jordana Renert | Joined firm as an associate in 2009. Member of the NY bar since 2007. | 17.90 | $330 | $5,907.00 |
| Lisa Indelicato | Paralegal | 12.40 | $265 | $3,286.00 |
| Nova A. Constantino | Paralegal | 25.90 | $265 | $6,863.50 |
| Alayne O'Neill | Paralegal | 9.10 | $250 | $2,275.00 |
| Chavah S. Gully | Practice Technology Analyst | 6.30 | $245 | $1,543.50 |
| David A. Yearwood | Paralegal | 8.70 | $245 | $2,131.50 |
| Allan G. Collins | Project Assistant | 3.10 | $155 | $480.50 |
| Jonathan Ward | Project Assistant | 0.40 | $150 | $60.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hours | Rate | Amount |
|---|---|---|---|---|
| **TOTAL** | | **679.60** | | **$331,304.00** |