# EXHIBIT C

**SUMMARY OF EXPENSES**
**EXCLUDING MATTER 17**

**AUGUST 1, 2009 – DECEMBER 31, 2009**

| | |
|---|---:|
| Database Search / PACER | $53.66 |
| Duplicating | $739.40 |
| Local Travel / Taxi | $45.10 |
| Overnight Delivery | $33.30 |
| Overtime Expense - Meals | $225.21 |
| Overtime Expense - Secretary | $210.00 |
| Phone Charges | $190.91 |
| Postage | $161.10 |
| Westlaw | $1,492.75 |
| **TOTAL** | **$3,151.43** |