UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
                                                                       :
                                                                       :
In re:                                                                 :  Chapter 11
                                                                       :
BH S&B HOLDINGS LLC, et al.,                                           :  Case No.: 08-14604 (MG)
                                                                       :
                          Debtors.                                     :  Jointly Administered
                                                                       :
                                                                       :
---------------------------------------------------------------------- X

**NOTICE OF ADJOURNED HEARING TO CONSIDER: (I) THE DEBTORS' AND THE COMMITTEE'S JOINT OBJECTIONS TO CERTAIN PROOFS OF CLAIM; AND (II) VARIOUS FEE APPLICATIONS FILED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, CBIZ ACCOUNTING, TAX AND ADVISORY OF NEW YORK, LLC, AND TARTER KRINSKY & DROGIN LLP**

PLEASE TAKE NOTICE that the hearing to consider: (i) the joint claims objections of the above-captioned debtors and debtors-in-possession and the official committee of unsecured creditors appointed in these cases, relating to the parties, administrative claim numbers, and docket numbers set forth in Exhibit A hereto; (ii) the Third Interim Application of Cahill Gordon & Reindel LLP For Allowance of Compensation For Professional Services Rendered and Reimbursement of Expenses Incurred (Docket No. 666); (iii) the Third Interim Application of Arent Fox LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and for Reimbursement of Expenses for the Period from August 1, 2009 Through October 31, 2009 (Docket No. 677); (iv) the Third Interim Application of CBIZ Accounting, Tax and Advisory of New York, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and for Reimbursement of Expenses for the Period of October 1, 2009 Through December 31, 2009 (Docket No. 678); and (v) the Final Fee Application of Tarter Krinsky & Drogin LLP, Conflicts Counsel for the Official Committee of Unsecured Creditors, for Services Rendered and Reimbursement of Expenses Pursuant to Sections 330 of the Bankruptcy Code, which was to be

heard on August 5, 2010, at 2:00 PM, has been adjourned and will now be heard on September 29, 2010, at 2:00 PM, with the Honorable Martin Glenn presiding, United States Bankruptcy Court for the Southern District of New York, Room 501, One Bowling Green, New York, New York, or at such other time as may be announced in Court. All other matters will proceed on August 5, 2010 at 2:00 PM as presently scheduled.

Dated: New York, New York
   August 2, 2010

Respectfully submitted,

CAHILL GORDON & REINDEL LLP

/s/ Kevin J. Burke
Joel H. Levitin
Kevin J. Burke
Richard A. Stieglitz Jr.
Peter J. Linken
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
jlevitin@cahill.com
kburke@cahill.com
rstieglitz@cahill.com
plinken@cahill.com

*Attorneys for the*
*Debtors and Debtors-in-Possession*

**Exhibit A**

| Claimant | Proof of Claim Number | Debtors' Objection Docket Number |
|---|---:|---:|
| 45220, Inc. | 544 | 589 |
| Constellation NewEnergy, Inc. | 447 | 598 |
| Chickiii Productions, Inc. | 571 | 601 |
| Empire Schuylkill, L.P. | 383 | 597 |
| Montgomery Mall I LLC as Successor to Montgomery Mall Associates Limited Partnership | 513 | 770 |
| Stone Barn Manhattan LLC (f/k/a Steve & Barry's Manhattan LLC) and Its Debtors Affiliates | 560 | 600 |