UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

| | |
|---|---|
| In re | Chapter 11 |
| BH S&B HOLDINGS LLC, *et al.*, | Case No. 08-14604 (MG) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------- X

**ORDER SCHEDULING HEARING ON SHORTENED NOTICE TO CONSIDER THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RETAIN ASK FINANCIAL LLP AND NEIGER LLP TO COMMENCE CHAPTER 5 CLAIMS ON A CONTINGENCY BASIS**

Upon the Motion of the Official Committee of Unsecured Creditors (the "Committee")[1] of BH S&B Holdings LLC, seeking entry of an order pursuant to Federal Rule of Bankruptcy Procedure 9006(c)(1) shortening notice and scheduling a hearing to consider the Committee's application to retain ASK Financial LLP and Neiger LLP to prosecute on a contingency basis Chapter 5 Claims (the "Retention Applications"); and upon the Declaration of Robert M. Hirsh pursuant to Local Bankruptcy Rule 9077-1; and after due deliberation and sufficient cause appearing therefor; it is hereby,

ORDERED, that a hearing (the "Hearing") to consider the Retention Applications shall be held on Tuesday, November 9, 2010 at 9:00 a.m. before the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 ; and it is further

ORDERED, that pursuant to Fed. R. Bankr. P. 9006(c)(1), all provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules, including, without

---

[1] Any capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion to Shorten Time.

limitation, Bankruptcy Rule 9014, shall be and hereby are reduced and shortened to the extent necessary to effectuate the terms of this Order; and it is further

ORDERED, that objections to the Retention Applications shall be filed with the Court on or before Monday, November 8, 2010 at 2:00 p.m.; and its is further

ORDERED, that notice of the Hearing shall be good, sufficient and proper provided that the Committee serves a copy of the Retention Applications and this Order upon (a) the Office of the United States Trustee, (b) counsel to the Debtor, (c) counsel to Ableco, and (d) all parties who have filed a notice of appearance via (i) electronic mail or (ii) by hand, on or before 12:00 p.m. on November 5, 2010, and it is further

ORDERED, that no further notice shall be deemed necessary or required.

Dated: New York, New York
November 3, 2010

                                         **/s/Martin Glenn**
                                          MARTIN GLENN
                                        United States Bankruptcy Judge