UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

BH S&B HOLDINGS, LLC, et al.,

Debtors.

-----------------------------------------------------------x

Chapter 11

Case No. 08-14604 (MG)

Jointly Administered

ORDER CONVERTING CHAPTER 11 CASES
TO CASES UNDER CHAPTER 7

Based upon the hearing held before this Court and the application of the United States Trustee and it appearing that appropriate notice has been given and cause existing for the relief requested, it is

ORDERED, that these cases commenced under Chapter 11 of the Bankruptcy Code be and hereby are converted to cases under Chapter 7 pursuant to 11 U.S.C. § 1112(b); and it is further

**ORDERED, that the debtors shall file (i) a schedule of unpaid debts incurred after the commencement of the Chapter 11 case within 15 days of the date of this order, and (ii) a final report within 30 days of the date of this order, pursuant to F.R. Bankr. Proc. 1019(5).**

Dated: New York, New York
       November 16, 2010

                                                **/s/Martin Glenn**
                                                MARTIN GLENN
                                      United States Bankruptcy Judge