UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Re:

BH S&B HOLDINGS LLC, *et al.*

Debtors.

Chapter 7, formerly Chapter 11
Case No. 08-14604 [MG]
Jointly Administered
Application for a fifth and final allowance of fees for accountants for the Official Committee of Unsecured Creditors

## FEES AND EXPENSES APPLICATION
## COVER SHEET

Name of Applicant: **CBIZ Accounting, Tax and Advisory of New York, LLC**

Authorized to Provide Professional Services to: **The Official Committee of Unsecured Creditors of BH S&B Holdings LLC, *et al.***

Date of Retention: **December 19, 2008, effective as of December 1, 2008**[1]

Period for Which Compensation and Reimbursement is Sought: **October 1, 2010 through November 16, 2010**

Amount of Compensation Sought: **$8,733.00**

Amount of Expense Sought: **$194.64**

Total Amount of Fees and Expenses Requested: **$8,927.64**

Amount of Compensation Paid as Actual, Reasonable and Necessary: **$475,721.34**

Amount of Reimbursement Paid as Actual, Reasonable and Necessary: **$1,691.25**

No Retainer Has Been Paid to this Applicant

This is an:        Interim        X  Final

---

[1] On June 17, 2009, the Court approved an Order authorizing the employment and retention of CBIZ Accounting, Tax & Advisory of New York, LLC as accountants to the Unsecured Creditors' Committee, to succeed Mahoney Cohen & Company, CPA, P.C., from as of to January 1, 2009. CBIZ Accounting, Tax & Advisory of New York, LLC has requested the right to, on behalf of Mahoney Cohen & Company, CPA, P.C., apply for the allowance of fees and reimbursement of expenses incurred by Mahoney Cohen & Company, CPA, P.C., as accountants to the Unsecured Creditors' Committee through December 31, 2008.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Re:

BH S&B HOLDINGS LLC, *et al.,*

                    Debtors:

Chapter 7, formerly Chapter 11
Case No. 08-14604 (MG)
Application for a fifth and final allowance of fees for accountants and financial advisors to the Official Committee of Unsecured Creditors

(Jointly Administered)

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NEW YORK )

CBIZ ACCOUNTING, TAX & ADVISORY OF NEW YORK, LLC ("CBIZ") hereby applies to the court for a fifth and final allowance of fees and expenses, and represents as follows:

1. On November 19, 2008, (the "Petition Date"), BH S&B Holdings LLC, et al. filed in this court a petition for relief under Chapter 11 of Title 11 of the United States Code. On November 16, 2010, the Court approved a motion converting the Chapter 11 Case to Chapter 7.

2. BH S&B Holdings LLC, et al., a limited liability company organized and existing under the laws of the State of New York. The executive office was located at 12 Harbor Park Drive Port Washington, NY 11050.

3. By Order dated on or about December 19, 2008, the Court approved the retention of Mahoney Cohen & Company, CPA, P.C. as accountants and financial advisors to the Official Committee of Unsecured Creditors effective as of December 1, 2008. On June 17, 2009, the Court approved an Order authorizing the employment and retention of CBIZ Accounting, Tax & Advisory of New York, LLC nunc pro tunc as of January 1, 2009 (as successor to Mahoney Cohen & Company, CPA, P.C.).

4. The engagement of CBIZ is under the direct supervision of Charles M. Berk, CPA, a managing director of the firm with familiarity in the bankruptcy and insolvency area of accounting and auditing.

5. CBIZ maintains records of time it expended in the rendition of all professional services. The firm's time records were made concurrently with the rendition of professional services, and all such records are available for inspection. Exhibit A-1 hereto sets forth a schedule showing the name, position, hours worked from October 1, 2010 through November 16, 2010, hourly billing rate and dollar amount of services rendered for all professionals of CBIZ having devoted time to this case. Exhibit A-2 hereto is a summary of the services rendered, by professional, for each project category. Exhibit A-3 hereto is a breakdown of all professionals' daily time details, by project category.

6. Following is a description of the firm's services provided to the Unsecured Creditors' Committee ("Committee") along with the aggregate time expended by category:

|   |   | Hours | Amount |
|---|---|---|---|
| A | **ASSET ANALYSIS AND RECOVERY – PREFERENCE ANALYSIS** <br> Review of available information provided by the Debtor and Counsel to assist in preparing a potential preference analysis. Preparation of a preliminary preference analyses. Discuss outstanding preference issues with Counsel and potential preference contingency consultants. Review, consolidate, and locate address information for potential preference vendors per request of Counsel. | 9.6 | 3,343.00 |
| B | **TELECONFERENCES/MEETINGS – COMMITTEE OF UNSECURED CREDITORS/COUNSEL** <br> Preparation for, and attendance at, meetings and teleconferences with the Committee and Committee Counsel. Discussed on-going case matters, strategy, the Debtors' financial condition, administration and priority claims, and the investigation of chapter 5 claims, inclusive of a preliminary preference analysis. Also discussed, along with the Secured Lender's Counsel, potential settlements. | 6.1 | 3,209.00 |
| C | **FEE APPLICATION** <br> Preparation of the fourth interim fee application for the January 1, 2010 through September 30, 2010 period. Preparation of time detail for the period September 2010 through October 2010 in advance of the final fee application. | 5.7 | 2,181.00 |
|   |   | **21.4** | **$8,733.00** |

7. The total time, hours and dollars expended by shareholders and other professional staff of CBIZ Accounting, Tax & Advisory of New York, LLC for the period October 1, 2010 through November 16, 2010 in performing the work described above in paragraph 6 is as follows:

|   | Hours | Amount |
|---|---|---|
| Managing Directors and Directors | 11.1 | $ 8,815.50 |
| Managers | 3.0 | 870.00 |
| Senior and Staff | 7.3 | 2,047.50 |
|   | **21.4** | **$ 8,733.00** |

The total blended hourly rate for professional services is $408.08.

8. Applicant makes this fifth and final application for allowance of fees in the total amount of $8,733.00, which it deems to be fair and reasonable, and submits that all professional services for which fees are sought were necessary in performing its fiduciary obligations in connection with these matters.

9. Reimbursement of expenses: The Applicant has disbursed sums for actual and necessary expenses in the rendition of professional services in this case, and requests that it be reimbursed for out-of-pocket expenses aggregating $194.64, listed in Exhibit B. In addition, CBIZ is requesting court approval re: the payment of its unpaid expense reimbursement from its prior interim fee application in the amount of $58.61.

10. Wherefore, Applicant respectfully requests this court to grant total compensation in the amount of $8,733.00, and for reimbursement of out-of-pocket expenses in the amount of $194.64.

11. Wherefore, Applicant respectfully requests this court to grant this application for final allowance of compensation in the aggregate sum of $729,345.25, less the sum of $475,721.34 received on account for a balance owed in the sum of $253,623.91 and for reimbursement of expenses in the sum of $1,944.50, less the sum of $1,691.25 received on account with $253.25 balance owed for the period through November 16, 2010. All prior applications are attached as Exhibit D.

_____
Charles M. Berk, CPA

Sworn to and subscribed to before
me this 16 day of March, 2011

_____
Notary Public

MARIANNE M. N. JENSEN
Notary Public, State of New York
No. 02JE5040656
Qualified in New York County
My Commission Expires March 20, 20 11

**EXHIBIT A-1**

BH S&B HOLDINGS LLC, *et al.*

TIME SUMMARY

October 1, 2010 through November 16, 2010

UCC of BH S&B Holdings d/b/a Steve & Barry's
Professional Time Summary
October 1, 2010 through November 16, 2010

| Initial | Name | Title | Rate | Time | Amount |
|---|---|---|---|---|---|
| CMB | Charles Berk | Managing Director | $ 540.00 | 9.0 | $ 4,860.00 |
| BR | Brian Ryniker | Director | $ 455.00 | 2.1 | 955.50 |
| RL | Rob Loh | Manager | $ 290.00 | 3.0 | 870.00 |
| GS | Gennady Spivak | Associate | $ 285.00 | 5.1 | 1,453.50 |
| JJG | John Gervais | Associate | $ 270.00 | 2.2 | 594.00 |
| **Total** | | | | 21.4 | $ 8,733.00 |

BH S&B HOLDINGS LLC, *et al.*

DAILY TIME BY PROFESSIONAL
BY CATEGORY

October 1, 2010 through November 16, 2010

UCC of BH S&B Holdings d/b/a Steve & Barry's
Employee Time Detail Summary by Category & Individual
October 1, 2010 through November 16, 2010

| Project Category | Name | Time | Fees |
|---|---|---|---|
| Asset Analysis and Recovery - Preference Analysis | Gennady Spivak | 4.5 | $ 1,282.50 |
| | Brian Ryniker | 1.1 | 500.50 |
| | Charles Berk | 1.6 | 864.00 |
| | Rob Loh | 2.4 | 696.00 |
| **Asset Analysis and Recovery - Preference Analysis Total** | | **9.6** | **$ 3,343.00** |
| Teleconferences/Meetings - UCC/Counsel | Brian Ryniker | 1.0 | $ 455.00 |
| | Charles Berk | 5.1 | 2,754.00 |
| **Teleconferences/Meetings - UCC/Counsel Total** | | **6.1** | **$ 3,209.00** |
| Fee Application Preparation | Gennady Spivak | 0.6 | $ 171.00 |
| | John Gervais | 2.2 | 594.00 |
| | Charles Berk | 2.3 | 1,242.00 |
| | Rob Loh | 0.6 | 174.00 |
| **Fee Application Preparation Total** | | **5.7** | **$ 2,181.00** |
| **Grand Total** | | **21.4** | **$ 8,733.00** |

BH S&B HOLDINGS LLC, *et al.*

DAILY TIME DETAILS
BY INDIVIDUAL

See attached details of all professionals' time from October 1, 2010 through November 16, 2010

UCC of BH S&B Holdings d/b/a Steve & Barry's
Employee Time Detail
October 1, 2010 through November 16, 2010

| Date | Initial | Project Category | Explanation of Work Performed | Rate | Time | Fees |
|---|---|---|---|---|---|---|
| 10/1/2010 | CMB | Teleconferences/Meetings - UCC/Counsel | Committee conference call re: SJP litigation, outstanding professional fees, and status of administrative claims | $ 540.00 | 0.50 | 270.00 |
| 10/6/2010 | CMB | Teleconferences/Meetings - UCC/Counsel | Preparation of cash flow analysis through September 30, 2010. Distribute to Committee Counsel. | $ 540.00 | 0.90 | 486.00 |
| | | | Revised the comparative projected cash flow recovery analysis to include the most recent revisions made by R. Tetrault on 10/05. Prepare for distribution to the Committee | $ 540.00 | 0.70 | 378.00 |
| 10/7/2010 | GS | Asset Analysis and Recovery - Preference Analysis | Respond to B. Ryniker re: providing most current disbursement analyses for use in preference analysis | $ 285.00 | 0.50 | 142.50 |
| 10/8/2010 | BR | Asset Analysis and Recovery - Preference Analysis | Review of the documents and schedules prepared re: cash disbursements for use in preference analysis | $ 455.00 | 0.70 | 318.50 |
| | | Teleconferences/Meetings - UCC/Counsel | Discussion with Counsel re: contingency preference consultant | $ 455.00 | 0.30 | 136.50 |
| 10/12/2010 | RL | Fee Application Preparation | Review and revise September 2010 time detail in advance of completing the forth interim fee application | $ 290.00 | 0.60 | 174.00 |
| 10/14/2010 | GS | Asset Analysis and Recovery - Preference Analysis | Locate, summarize and forward various preference documents to C. Berk and Counsel, including accounts payable records, disbursement records, and preliminary analyses | $ 285.00 | 0.80 | 228.00 |
| | | | Review of preference documents per additional request of Counsel. Respond accordingly. | $ 285.00 | 0.50 | 142.50 |
| | RL | Asset Analysis and Recovery - Preference Analysis | Follow up on request from B. Ryniker re: cash disbursements for use in preference analysis | $ 290.00 | 0.20 | 58.00 |
| 10/19/2010 | RL | Asset Analysis and Recovery - Preference Analysis | Follow up on request from Counsel re: J. Saccoduto emails | $ 290.00 | 0.40 | 116.00 |
| 10/20/2010 | CMB | Teleconferences/Meetings - UCC/Counsel | Committee conference call re: SJP litigation, outstanding professional fees, and status of administrative claims | $ 540.00 | 0.50 | 270.00 |
| | | | Preparation for and participation on conference call w/ Committee and Ableco Counsel to discuss settlement proposals | $ 540.00 | 1.20 | 648.00 |
| 10/22/2010 | BR | Teleconferences/Meetings - UCC/Counsel | Preparation for and attendance on Committee conference call re: preference recoveries | $ 455.00 | 0.40 | 182.00 |
| 10/26/2010 | BR | Teleconferences/Meetings - UCC/Counsel | Respond to questions from Counsel re: claims base | $ 455.00 | 0.30 | 136.50 |
| 10/27/2010 | CMB | Teleconferences/Meetings - UCC/Counsel | Committee conference call re: SJP litigation, outstanding professional fees, and status of administrative claims | $ 540.00 | 0.50 | 270.00 |
| 10/28/2010 | GS | Asset Analysis and Recovery - Preference Analysis | Review of items sent to Counsel re: preference work. Respond to questions re: supporting payments and accounts payable documents provided and follow-up documents. Prepare package of documents to send to ASK Financial. | $ 285.00 | 0.50 | 142.50 |
| | BR | Asset Analysis and Recovery - Preference Analysis | Respond to questions re: preference contingency consultants | $ 455.00 | 0.40 | 182.00 |
| | JJG | Fee Application Preparation | Update, review and revise the forth interim fee application for the period June 2010 through September 2010 | $ 270.00 | 0.60 | 162.00 |
| | CMB | Asset Analysis and Recovery - Preference Analysis | Provided preference information and files to ASK Financial in advance of their proposal | $ 540.00 | 0.70 | 378.00 |
| 11/1/2010 | JJG | Fee Application Preparation | Final update of fourth fee application for the period June 2010 through September 2010 based on C.Berk's comments | $ 270.00 | 1.30 | 351.00 |
| | CMB | Fee Application Preparation | Final review of the fourth interim fee application and related time detail | $ 540.00 | 1.60 | 864.00 |
| 11/3/2010 | CMB | Asset Analysis and Recovery - Preference Analysis | Review and send preference information and files to Universal. Review of their proposal. | $ 540.00 | 0.90 | 486.00 |
| 11/4/2010 | GS | Asset Analysis and Recovery - Preference Analysis | Review certain preference documents and preliminary analyses to determine information to be forwarded to Universal | $ 285.00 | 0.50 | 142.50 |
| 11/8/2010 | CMB | Teleconferences/Meetings - UCC/Counsel | Preparation for, and participation on, Committee conference call re: potential conversion and preference issues | $ 540.00 | 0.80 | 432.00 |
| | RL | Asset Analysis and Recovery - Preference Analysis | Follow up on information availability questions | $ 290.00 | 0.90 | 261.00 |
| 11/9/2010 | RL | Asset Analysis and Recovery - Preference Analysis | Prepare documents/files to be sent to ASK Financial | $ 290.00 | 0.90 | 261.00 |
| 11/10/2010 | GS | Asset Analysis and Recovery - Preference Analysis | Review of ordinary course payments in the preference period. Prepare summary and revise per comments from C. Berk to send to the Committee. Review of available address information for the ordinary course payments and locate additional address information. | $ 285.00 | 1.70 | 484.50 |
| 11/11/2010 | GS | Fee Application Preparation | Follow-up review and revisions to the time details and project categories | $ 285.00 | 0.60 | 171.00 |
| 11/12/2010 | CMB | Fee Application Preparation | Review of the October 2010 time detail in advance of the fifth interim fee application | $ 540.00 | 0.70 | 378.00 |
| 11/15/2010 | JJG | Fee Application Preparation | Revise October 2010 time detail based on C.Berk's comments | $ 270.00 | 0.30 | 81.00 |
| **Grand Total** | | | | | 21.40 | $ 8,733.00 |