UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
: 
In re: : Chapter 7 (formerly Chapter 11)
:
BH S&B HOLDINGS LLC, et al., : Case No.: 08-14604 (MG)
:
Debtors. : Jointly Administered
:
------------------------------------------------------------ x

# NOTICE OF HEARING TO CONSIDER FINAL APPLICATION OF CAHILL GORDON & REINDEL LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED

PLEASE TAKE NOTICE that, on July 22, 2011, Cahill Gordon & Reindel LLP, bankruptcy and restructuring counsel for the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"),[1] filed its final application (the "Application") for an order awarding it reasonable compensation for actual and necessary services rendered to the Debtors from November 19, 2008, through and including November 16, 2010.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court, with the Honorable Martin Glenn presiding, One Bowling Green, New York, New York, Room 501, will consider the Application at **10:00 AM (Prevailing Eastern Time) on September 13, 2011**.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Application must (i) be in writing, state the name of the objector, identify its interest in these cases, and set forth the grounds for the objection and the legal basis therefor and

---

[1] The other Debtors in these cases are BHY S&B Intermediate Holdco LLC (Case No. 08-14605 (MG), EIN 26-3732361); BH S&B Retail LLC (Case No. 08-14606 (MG), EIN 26-2282554); BH S&B Lico LLC (Case No. 08-14607 (MG), EIN 26-3445450); Heritage Licensing LLC (Case No. 08-14608 (MG), EIN 26-3473212); Fashion Plate Licensing LLC (Case No. 08-14609 (MG), EIN 26-3473238); Cubicle Licensing LLC (Case No. 08-14610 (MG), EIN 26-3445507); and BH S&B Distribution LLC (Case No. 08-14611 (MG), EIN 26-3382611).

(ii) be filed with this Court and served in a manner so as to be received by the following parties, together with proof of service, on or before **August 11, 2011, at 5:00 PM (Prevailing Eastern Time)**: (a) Cahill Gordon & Reindel LLP, Eighty Pine Street, New York, New York 10005 (Attn: Joel H. Levitin, Esq. and Richard A. Stieglitz Jr., Esq.); (b) the United States Trustee, 33 White Hall Street, Suite 2100, New York, New York 10004 (Attn: Paul Schwartzberg, Esq.); (c) special litigation counsel to the Trustee, 30 Rockefeller Plaza, New York, New York 10112 (Attn: Robert A. Wolfe); and (d) counsel to the official committee of unsecured creditors appointed in these cases, Arent Fox LLP, 1675 Broadway, New York, New York 10019 (Attn: Schuyler G. Carroll, Esq., and Robert M. Hirsch, Esq.).

Dated: New York, New York
      July 22, 2011

CAHILL GORDON & REINDEL LLP

/s/ Joel H. Levitin.
Joel H. Levitin
Richard A. Stieglitz Jr.
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
jlevitin@cahill.com
sgordon@cahill.com

*Attorneys for the Chapter 11
Debtors and Debtors-in-Possession*