Stanley L. Lane, Jr., Esq.      **Hearing Date: September 13, 2011 at 10 a.m.**
Daniel F. Fiorillo, Esq.      **Objection Deadline: August 15, 2011 at 5 p.m.**
Otterbourg, Steindler, Houston
   & Rosen, P.C.
230 Park Avenue
New York, New York 10169-0075
(212) 661-9100

Special Counsel to the Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| In re: | Chapter 7 (Formerly Chapter 11) |
| BH S&B HOLDINGS LLC, et al., | Case No.: 08-14604 (MG) |
| Debtors. | Jointly Administered |

------------------------------------------------------------ x

**NOTICE OF HEARING TO CONSIDER THE FINAL APPLICATION
OF OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. AS
SPECIAL COUNSEL TO THE DEBTORS FOR COMPENSATION
FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES
FOR THE PERIOD NOVEMBER 1, 2009 THROUGH NOVEMEBER 16, 2010
<u>AND FOR FINAL APPROVAL OF ALL OSHR FEES AND EXPENSES</u>**

**PLEASE TAKE NOTICE**, that a hearing will be held on **September 13, 2011** at **10 a.m.** or as soon thereafter as counsel may be heard, before the Honorable Martin Glenn, Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408 to consider the Final Application ("Application") of Otterbourg, Steindler, Houston & Rosen, P.C. ("OSHR") as Special Counsel to the Debtors for Allowance of Compensation for Services Rendered and

1699141.1

Reimbursement of Expenses from November 1, 2009 through November 16, 2010, and for final approval of all OSHR fees and expenses previously approved on an interim basis.

**PLEASE TAKE FURTHER NOTICE**, that the Application has been electronically filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004 and may be examined with a password on the Bankruptcy Court's electronic filing system on the Internet at http://www.nysb.uscourts.gov or by requesting a copy of the Application from the undersigned counsel for the Debtors at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be (i) in writing, state the name of the objector, identify its interest in the cases, and set forth the grounds for the objection and the legal basis therefore, and (ii) filed with this Court and served in a manner so as to be received by the following parties, together with proof of services, on or before **August 15, 2011, at 5 p.m.:** (a) Cahill Gordon & Reindel LLP, Eighty Pine Street, New York, New York 10005 (Attn: Joel H. Levitin, Esq. and Richard A. Stieglitz, Esq.); (b) the United States Trustee, 33 White Hall Street, Suite 2100, New York, New York 10004 (Attn: Paul Schwartzberg); (c) special litigation counsel to the Trustee, 30 Rockefeller Plaza, New York, New York 10112 (Attn: Robert A. Wolfe); (d) counsel to the official committee of unsecured creditors appointed in these cases, Arent Fox LLP, 1675 Broadway, New York, New York 10019 (Attn: Schuyler G. Carrol, Esq., and Robert M. Hirsch, Esq.); and (e) special counsel to the Debtor, Otterbourg, Steindler,

Houston & Rosen, P.C., 230 Park Avenue, New York, New York 10169 (Attn: Daniel F. Fiorillo, Esq.)

Dated: New York, New York
      July 25, 2010

                        Special Counsel to Debtors

                        /s/ Stanley L. Lane, Jr.
By:   Stanley L. Lane, Jr., Esq.
      Daniel F. Fiorillo
      Otterbourg, Steindler, Houston & Rosen, P.C.
      230 Park Avenue
      New York, New York 10169-0075
      (2132) 661-9100

3
1699141.1