UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 7 (Formerly Chapter 11)
                                                            :
BH S&B HOLDINGS LLC, et. al.,                               :    Case No. 08-14604 (MG)
                                                            :
                            Debtors.                        :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

STUART J. WELLS, pursuant to 28 U.S.C. § 1746, declares and says as follows:

1. I am not a party to this action. I am an associate with the law firm of Otterbourg, Steindler Houston & Rosen, P.C., special counsel to the Debtors with respect to matters involving JPMorgan Chase Bank, N.A. I am over 18 years old and a resident of Wyckoff, New Jersey.

2. On July 25, 2011, I caused a copy of our Firm's Final Application for the Allowance of Compensation for Services Rendered and Reimbursement of Expenses to be served upon the individuals listed in Exhibit A by placing copies of the aforementioned documents into First Class postage-prepaid envelopes addressed to the individuals listed in Exhibit A and depositing the sealed envelopes, together with their contents, into a depository under the care, custody and control of the United States Postal Service. All other parties having made an appearance in the case were served through the Pacer electronic notification system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 28, 2011.

                                                    /s/ Stuart J. Wells
                                                     Stuart J. Wells

# EXHIBIT A

Jonathan S. Shenson, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067

Attorneys for Abelco Finance LLC

Robert M. Hirsh, Esq.
Schuyler G. Carrol, Esq
Arent Fox LLP
1675 Broadway
New York, NY 10019
212-484-3900

Attorneys for the Official Committee
of Unsecured Creditors

Joel H. Levitin, Esq.
Richard A. Stieglitz, Esq.
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Attorneys for the Debtor

Paul K. Schwartzberg
33 Whitehall Street, 21st Floor
New York, New York 10004

Attorney U.S. Trustee's Office

Robert A. Wolfe
30 Rockefeller Plaza
New York, New York 10112

Special Litigation Counsel to the Trustee