UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                        :
In re:                                              :               Chapter 7
                        :
BH S&B HOLDINGS LLC, et al.,         :              Case No.: 08-14604 (MG)
                        :
                  Debtors.      :              Jointly Administered
                        :
---------------------------------------------------------------- x

**NOTICE OF HEARING TO CONSIDER AMENDED THIRD INTERIM/FINAL
APPLICATION OF JACKSON LEWIS LLP
FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**

PLEASE TAKE NOTICE that, on August 15, 2011, the law firm of Jackson Lewis LLP ("Jackson Lewis"), special employment law counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"),[1] filed its amended third interim/final application (the "Application" for an order awarding it reasonable compensation for actual and necessary services rendered to the Debtors from September 1, 2009 through November 15, 2010.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court, with the Honorable Martin Glenn presiding, One Bowling Green, New York, New York, Room 501, will consider the Application at **10:00 AM (Prevailing Eastern Time) on September 13, 2011**.

---

[1]     The other Debtors in these cases are BHY S&B Intermediate Holdco LLC (Case No. 08-14605 (MG), EIN 26-3732361); BH S&B Retail LLC (Case No. 08-14606 (MG), EIN 26-2282554); BH S&B Lico LLC (Case No. 08-14607 (MG), EIN 26-3445450); Heritage Licensing LLC (Case No. 08-14608 (MG), EIN 26-3473212); Fashion Plate Licensing LLC (Case No. 08-14609 (MG), EIN 26-3473238); Cubicle Licensing LLC (Case No. 08-14610 (MG), EIN 26-3445507); and BH S&B Distribution LLC (Case No. 08-14611 (MG), EIN 26-3382611).

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Application must (i) be in writing, state the name of the objector, identify its interest in these cases, and set forth the grounds for the objection and the legal basis therefor and (ii) be filed with the Court and served in a manner so as to be received by the following parties, together with proof of service, on or before **September 6, 2011, at 5:00 PM (Prevailing Eastern Time)**: (a) Jackson Lewis LLP, 666 Third Avenue, 29th Floor, New York, New York 10017 (Attn: Richard I. Greenberg, Esq. and Peter C. Moskowitz, Esq.); (b) the United States Trustee, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn: Paul Schwartzberg, Esq.); (c) special litigation counsel to the Trustee, 30 Rockefeller Plaza, New York, New York 10112 (Attn: Robert A. Wolfe); and (d) counsel to the official committee of unsecured creditors appointed in these cases, Arent Fox LLP, 1675 Broadway, New York, New York 10019 (Attn: Schulyer G. Carroll, Esq. and Robert M. Hirsch, Esq.)

Dated: New York, New York
August 15, 2011

JACKSON LEWIS LLP

/s/ Richard I. Greenberg
Richard I. Greenberg
Peter C. Moskowitz
666 Third Avenue, 29th Floor
New York, New York 10017
Telephone: (212) 545-4000
Facsimile: (212) 269-5420
greenber@jacksonlewis.com
moskowitzp@jacksonlewis.com

4834-9625-8826, v. 1