UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                              :
In re:                                        :   Chapter 7
                                              :
BH S&B HOLDINGS LLC, et al.,[1]               :   Case No.: 08-14604 (MG)
                                              :
                              Debtors.        :   Jointly Administered
                                              :
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Daniel D. Schudroff, an attorney employed by Jackson Lewis LLP ("Jackson Lewis"), being duly sworn according to law, depose and say that on August 15, 2011, under my direction and under my supervision, employees of Jackson Lewis LLP caused the following documents to be served via Electronic mail upon the service list attached hereto as Exhibit A and via First Class mail upon the service list attached hereto as Exhibit B:

- **Amended Third Interim/Final Application of Jackson Lewis LLP for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred** [Docket No. 968]; and

- **Notice of Hearing to Consider Amended Third Interim/Final Application of Jackson Lewis LLP For Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred** [Docket No. 969].

---

[1] The other Debtors in these cases are BH S&B Distribution LLC; BH S&B Lico LLC; BH S&B Retail LLC; BHY S&B Intermediate Holdco LLC; Cubicle License LLC; Fashion Plate Licensing LLC; and Heritage Licensing LLC. Tax identification numbers and individual case numbers are available upon reasonable request to counsel to the Debtors.

Dated: August 15, 2011

_____
Daniel D. Schudroff

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on this 15th day of August, 2011, by Daniel D. Schudroff, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature _____

JILLIAN LEE HUNT
Notary Public, State of New York
No. 01HU6133581
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires September 19, 20 13

4818-6657-5882, v. 1

Exhibit A

| Name | Notice Name | Email |
|---|---|---|
| Andrew S Conway | | Aconway@taubman.com |
| Andrews Kurth LLP | Paul Silverstein, Jonathan Levine | paulsilverstein@andrewskurth.com; jonathanlevine@andrewskurth.com |
| Arent Fox LLP | Schuyler G Carroll Robert M Hirsh Heike M Vogel | carroll.schuyler@arentfox.com; hirsh.robert@arentfox.com; vogel.heike@arentfox.com |
| Assistant Attorney General | Mark Browning | bk-mkbrowning@oag.state.tx.us |
| Ballard Spahr Andrews & Ingersoll, LLP | David L Pollack, Jeffrey Meyers, Dean C Waldt | pollack@ballardspahr.com |
| Cadwalader Wickersham & Taft LLP | Eric Ryter | eric.ryter@cwt.com |
| Cahill Gordon & Reindel LLP | Joel H Levitin, Stephen J Gordon, Richard A Stieglitz Jr | jlevitin@cahill.com; sgordon@cahill.com; rstieglitz@cahill.com |
| Cooley Godward Kronish LLP | Cathy Hershcopf, Brent Weisenberg | chershcopf@cooley.com; bweisenberg@cooley.com |
| Curtis Mallet Prevost Colt & Mosle LLP | Cindi M Eilbott | ceilbott@curtis.com |
| Curtis Mallet Prevost Colt & Mosle LLP | Steven J Reisman | sreisman@curtis.com |
| Davidoff Malito & Hutcher LLP | Ralph E Preite | rep@dmlegal.com |
| Empire Blue Cross Shield | Louis Benza | louis.benza@empireblue.com |
| Epstein & Cresci PC | Timothy C Walsh | epcres@aol.com |
| Frankfurt Kurnit Klein & Selz PC | Attn Brian E Maas, Amelia K Seewann | bmaas@fkks.com; aseewann@fkks.com |
| Frost Brown Todd LLC | Ronald E Gold | rgold@fbtlaw.com |
| General Growth Management Inc as Agent | Kristen N Pate | ggpbk@ggp.com |
| Gordon Feinblatt Rothman Hoffberger & Hollander LLC | Lawrence D Coppel | lcoppel@gfrlaw.com |
| Greenberg Traurig LLP | Louis DeLucia, Alyson Fiedler | delucial@gtlaw.com; fiedlera@gtlaw.com |
| Hodgson Russ LLP | Deborah J Piazza Garry M Graber | Dpiazza@HodgsonRuss.com; Ggraber@HodgsonRuss.com |
| Honigman Miller Schwartz and Cohn LLP | Adam K Keith | akeith@honigman.com |
| Katten Muchin Rosenman LLP | c o Dustin P Branch, Thomas J Leanse | dustin.branch@kattenlaw.com; thomas.leanse@kattenlaw.com |
| Kelley Drye & Warren LLP | Robert L LeHane, James S Carr | KDWBankruptcyDepartment@kelleydrye.com |
| Klee Tuchin Bogdanoff & Stern LLP | Michael Tuchin, Jonathan Shenson | mtuchin@ktbslaw.com; jshenson@ktbslaw.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman | jkurtzma@klehr.com |
| Kramer Levin Naftalis & Frankel LLP | Gordon Novod | gnovod@kramerlevin.com |
| Kupellan Ormond & Magy PC | Terrance A Miller Jr, Paul S Magy, David M Blau | tam@kompc.com; dmb@kompc.com |
| Kurtzman Carson Consultants | Travis Vandell | tvandell@kccllc.com |
| Lathrop & Gage LC | Douglas E Robinson | drobinson@lathropgage.com |
| Lathrop & Gage LC | Randall F Scherck | rscherck@lathropgage.com |
| LeclairRyan A Professional Corporation | Niclas A Ferland, Ilan Markus | niclas.ferland@leclairryan.com; ilan.markus@leclairryan.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Michael R Dal Lago | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | PO Box 3064 | houston_bankruptcy@publicans.com |
| Mallery & Zimmerman SC | Sean Lanphier, John M Wirth, Michael A Marx | slanphier@mzmilw.com; jwirth@mzmilw.com; mmarx@mzmilw.com |
| Mayer Brown LLP | Fredrick D Hyman, Monique J Mulcare | fhyman@mayerbrown.com; mmulcare@mayerbrown.com |
| McElroy Deutsch Mulvaney & Carpenter LLP | Jeffrey Bernstein Louis A Modugno | jbernstein@mdmc-law.com; lmodugno@mdmc-law.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman | knewman@menterlaw.com |
| Missouri Department of Revenue | Steven A Ginther | |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | c o Byron Z Moldo | bmoldo@mdfslaw.com |
| Montgomery Mall 1 LLC | c o Venture 1 Inc | Blee@venture1.biz |
| Morrison Cohen LLP | Michael R Dal Lago | bankruptcy@morrisoncohen.com |
| Newman & Simpson LLP | Attn John B Newman | jnewman@newmansimpson.com |
| Perdue Brandon Fielder Collins & Mott LLP | c o Elizabeth Banda R Bruce Medley | arlbank@pbfcm.com |
| Pick & Zabicki LLP | Douglas J Pick Eric C Zabicki | dpick@picklaw.net |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel | fbr@robinsonbrog.com |
| Sanford S Stevens PC | Sanford S Stevens | sanfordstevens@yahoo.com |
| Saul Ewing LLP | Joyce A Kuhns | jkuhns@saul.com |
| SilvermanAcampora LLP | Adam Rosen Robert D Nosek | arosen@SilvermanAcampora.com; rnosek@SilvermanAcampora.com |
| Simon Property Group Inc | Ronald M Tucker | rtucker@simon.com |
| The Beanstalk Group | Richard R Bergovoy Associate VP | Richard_Bergovoy@beanstalk.com |
| The Cafaro Company | Richard T Davis | rdavis@cafarocompany.com |
| The Ravji Law Firm | Aamer Ravji, Akbar Asharia | arr@ravjipc.com |
| Wachtell Lipton Rosen & Katz | Joshua A Feltman | jafeltman@wlrk.com |
| Weil Gotshal & Manges LLP | Shai Y Waisman, Lori F Fife, Victoria Vron | shai.waisman@weil.com; lori.fife@weil.com; victoria.vron@weil.com |
| Weir & Partners LLP | Bonnie R Golub | bgolub@weirpartners.com |

Exhibit B

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Abelco Finance LLC | | 299 Park Ave 22nd Fl | | New York | NY | 10171 |
| BH S&B Finco LLC | Chief Financial Officer | c o BHY S&B Holdco LLC | 375 Park Ave 21st Fl | New York | NY | 10152 |
| Internal Revenue Service | Attn Insolvency Department | 290 Broadway 5th Fl | | New York | NY | 10007 |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | Travis Bldg | 711 Navarro Ste 300 | San Antonio | TX | 78205 |
| McElroy Deutsch Mulvaney & Carpenter LLP | | 88 Pine St 24th Fl | | New York | NY | 10005 |
| Office of the Attorney General | Zachary Mosner | Bankruptcy & Collections Unit | 800 Fifth Ave Ste 2000 | Seattle | WA | 98104-3188 |
| Office of the United States Trustee | Paul Schwartzberg | 33 Whitehall Street 21st Fl | | New York | NY | 10004 |
| Securities and Exchange Commission | Attn Michael Berman General Counsel | 100 F Street, NE | | Washington | DC | 20549 |
| Securities and Exchange Commission | Nathan M Fuchs, Esq | New York Regional Office | 233 Broadway | New York | NY | 10279 |
| Tennessee Department of Labor & Workforce Dev-Unemployment Insurance | | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 |
| US Attorney General | | c o TN Attorney General's Office US Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| US Attorney's Office Southern District of New York | Michael J Garcia | 1 St Andrews Plaza | | New York | NY | 10007 |
| Waller Lansden Dortch & Davis LLP | Attn David E Lemke, Robert J Welhoelter | 511 Union St Ste 2700 | | Nashville | TN | 37219 |
| Greenberg Traurig LLP | Alyson Fiedler | 200 Park Avenue | | Florham Park | NJ | 0.7932 |
| Karmer Levin Naftalis & Frankel LLP | Gordon Novod | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Montgomery Mall I LLC | Bryan Lee | 1000 W Main Street | Suite 454 | Dothan | AL | 36301 |
| The Beanstalk Group | Richard R Bergovoy | 26 E 28th Street | | New York | NY | 10016 |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Byron Moldo | 2029 Century Park E | 21st Floor | Los Angeles | CA | 90067 |
| Missouri Department of Revenue | Steven A Ginther | 301 W High Street | Room 670, PO Box 475 | Jefferson City | MO | 65105 |