UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
BH S&B HOLDINGS LLC, et al.,                    :    Case No.: 08-14604
                                                :
                                     Debtors.   :    Jointly Administered
                                                :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

    MAURA A. MCLOUGHLIN, being duly sworn, deposes and says:

    1.  I am over the age of 18 years and not a party to this action.

    2.  On the 22nd day of July, 2011 I served the FINAL APPLICATION OF CAHILL GORDON & REINDEL LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED upon:

> Paul K. Schwartzberg, Esq.
> Office of the United States Trustee
> 33 Whitehall Street, 21st floor
> New York, NY 10004

by causing to be hand delivered a true and correct copy thereof to the office of the above-mentioned attorney.

    3.  On the 22nd day of July, 2011 I served the FINAL APPLICATION OF CAHILL GORDON & REINDEL LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED by depositing a true and correct copy thereof in the letter drop maintained by the

United States Postal Service located at 1 Hanover Square, New York, New York 10005 enclosed in stamped, sealed envelopes addressed to the individuls and entities on the list attached hereto as exhibit A

All other parties having made an appearance were served through the Court's electronic notification system.

4. On the 22nd day of July, 2011 I served the NOTICE OF HEARING TO CONSIDER FINAL APPLICATION OF CAHILL GORDON & REINDEL LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED by depositing a true and correct copy thereof in the letter drop maintained by the United States Postal Service located at 1 Hanover Square, New York, New York 10005 enclosed in stamped, sealed envelopes addressed to the individuls and entities on the list attached hereto as exhibit B.

All other parties having made an appearance were served through the Court's electronic notification system.

_____
MAURA A. MCLOUGHLIN

Sworn to before me this
7th day of September, 2011

_____
Notary Public

NICHOLAS J. MARCANTONIO
Notary Public, State of New York
No. 01MA4517276
Qualified in New York County
Commission Expires March 30, 2014

# Exhibit A

Arent Fox LLP
1675 Broadway
New York, NY 10019

Attn: Schuyler G. Carroll
　　　Robert M. Hirsch

Klee Tuchin Bogdanoff & Stern
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067

Office of the US Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Attn: Paul K. Schwartzberg

RAS Management Advisors LLC
1285 Sharps Cove Road
Gurley, AL 35748

Attn: Timothy D. Boates

Squire, Sanders & Dempsey (US) LLP
30 Rockefeller Plaza
New York, NY 10112

Attn: Robert A. Wolf

# Exhibit B

Abelco Finance LLC
299 Park Avenue
22nd Floor
New York, NY 10171

BH S&B Finco LLC
c/o BHY S&B Holdco LLC
375 Park Avenue
21st Floor
New York, NY 10152

Attn: Chief Financial Officer

Carter Ledyard & Millburn LLP
2 Wall Street
New York, NY 10005

Greenberg Traurig LLP
200 Park Avenue
Florham Park, NJ 07932

Attn: Louis DeLucia
Alyson Fiedler

Internal Revenue Service
290 Broadway
5th Floor
New York, NY 10007

Attn: Insolvency Department

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Attn: Gordon Novod

Kupelian Ormond & Magy PC
25800 Northwestern Hwy
Suite 950
Southfield, MI 48075

Attn: Terrance A. Miller Jr.
Paul S. Magy
David M. Blau

Lewis W. Siegel
355 Lexington Avenue
Suite 1400
New York, NY 10017

Linebarger Goggan Blair & Sampson LLP
Travis Bldg
711 Navarro
Suite 300
San Antonio, TX 78205

Attn: David G. Aelvoet

McElroy Deutsch Mulvaney & Carpenter LLP
88 Pine Street
24th Floor
New York, NY 10005

| | |
|---|---|
| Missouri Department of Revenue<br>301 West High Street<br>Room 670<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br><br>Attn: Steven A. Ginther | Moldo Davidson Fraioli Seror &<br>Sestanovich LLP<br>c/o Bryon Z. Moldo<br>2029 Century Park E 21st Floor<br>Los Angeles, CA 90067 |
| Montgomery Mall 1 LLC<br>c/o Venture 1 Inc.<br>1000 W. Main Street<br>Suite 454<br>Dothan, Al 36301<br><br>Attn: Bryan Lee | Office of the Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue<br>Suite 2000<br>Seattle, WA 98104-3188<br><br>Attn: Zachary Mosner |
| Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549<br><br>Attn: Michael Berman General Counsel | Securities and Exchange Commission<br>New York Regional Office<br>233 Broadway<br>New York, NY 10279<br><br>Attn Nathan M. Fuchs, Esq. |
| Tennessee Dept. of Labor & Workforce<br>Dev-Unemployment Insurance<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br><br>Attn: TN Attorney General's Office | The Beanstalk Group<br>Legal Affairs Dept.<br>28 East 28th Street<br>New York, NY 10016<br><br>Attn: Richard R. Bergovoy Associate VP |
| US Attorney General<br>US Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001 | US Attorney's Office Southern District of<br>New York<br>1 St. Andrews Place<br>New York, NY 10007<br><br>Attn: Michael J. Garcia |

Waller Landsen Dortch & Davis LLP
511 Union Street
Suite 2700
Nashville, TN 37219

Attn: David E. Lemke
 Robert J. Welhoelter