**SQUIRE, SANDERS & DEMPSEY (US) LLP**

SQUIRE
SANDERS | LEGAL
COUNSEL
WORLDWIDE

30 Rockefeller Plaza, 23rd Floor
New York, NY 10112

Office:    +1.212.872.9800
Fax:      +1.212.872.9815

**Direct Dial:  +1.212.827.9888**
**andrea.fisher@ssd.com**

September 9, 2011

**VIA ECF**

Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court,
Southern District of New York
One Bowling Green
New York, NY 10004

**Re:    Robert L. Geltzer, as Chapter 7 Trustee for**
**BHS&B Holdings LLC et al Case No. 08-14604(MG)**

Dear Judge Glenn:

I am writing to confirm that, upon consent of the parties, the following matters, originally scheduled for September 13, 2011 at 10:00 a.m. have been adjourned to November 1, 2011 at 10:00 a.m.:

i.      Pre Trial Conference in Adversary Proceeding 09-1352 against 45220, Inc.;

ii.     Objection to Claim 544 of 45220, Inc.;

iii.    Trustee's Motion pursuant to Bankruptcy Rule 9019 to approve Modification of Prior Stipulations; and

iv.     All Final Fee Applications of Chapter 11 Professionals that have been filed and noticed.  Any objections to the Fee Application will be due October 25, 2011 at 5:00 p.m.

The only matter which remains on the September 13th calendar is a hearing on the Objection of 45220, Inc. to the Trustee's Notice of Abandonment.

We thank the Court for its consideration.

Respectfully,

/s/  Andrea K. Fisher
Andrea K. Fisher, Esq.

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA • TYSONS CORNER
WASHINGTON DC • WEST PALM BEACH | CARACAS • RIO DE JANEIRO • SANTO DOMINGO • SÃO PAULO | BRATISLAVA • BRUSSELS • BUDAPEST • FRANKFURT • KYIV
LONDON • MOSCOW • PRAGUE • WARSAW | BEIJING • HONG KONG • SHANGHAI • TOKYO | ASSOCIATED OFFICES: BUCHAREST • BUENOS AIRES • DUBLIN • SANTIAGO
www.ssd.com

143659.1/103032.00056