UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In Re: : Chapter 7
:
BHS&B HOLDINGS LLC, et al., : Case No. 08-14604 (MG)
: Jointly Administered
Debtors. :
:
---------------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I, Andrea Fisher, hereby certify, under penalty of perjury, that on September 12, 2011, I caused the following, including all exhibits attached thereto, to be served by first class mail and Electronic Mail upon:

james@sarnalaw.com

James Sarna
Sarna & Associates
28 North Broadway, 2nd Floor
Upper Nyack, NY 10960

**TRUSTEE'S RESPONSE TO THE OBJECTION OF 45220 INC. TO THE TRUSTEE'S NOTICE OF ABANDONMENT**

/s/ Andrea Fisher
Andrea Fisher

1