

**SQUIRE, SANDERS & DEMPSEY (US) LLP**

30 Rockefeller Plaza, 23rd Floor
New York, NY 10112

Office: +1.212.872.9800
Fax: +1.212.872.9815

**Direct Dial: +1.212.827.9888**
andrea.fisher@ssd.com

September 13, 2011

**VIA ECF**

Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court,
Southern District of New York
One Bowling Green
New York, NY 10004

Re: Robert L. Geltzer, as Chapter 7 Trustee for
    <u>BHS&B Holdings LLC et al Case No. 08-14604(MG)</u>

Dear Judge Glenn:

    I am writing to confirm that, upon consent of the parties, the hearing on the Objection of 45220, Inc. to the Trustee's Notice of Abandonment, originally scheduled for September 13, 2011 at 10:00 a.m. have been adjourned to October 6, 2011 at 11:00 a.m.

    We thank the Court for its consideration.

                                      Respectfully,

                                      /s/ Andrea K. Fisher
                                      Andrea K. Fisher, Esq.

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA • TYSONS CORNER
WASHINGTON DC • WEST PALM BEACH | CARACAS • RIO DE JANEIRO • SANTO DOMINGO • SÃO PAULO | BRATISLAVA • BRUSSELS • BUDAPEST • FRANKFURT • KYIV
LONDON • MOSCOW • PRAGUE • WARSAW | BEIJING • HONG KONG • SHANGHAI • TOKYO | ASSOCIATED OFFICES: BUCHAREST • BUENOS AIRES • DUBLIN • SANTIAGO

www.ssd.com

143659.1/103032.00056